

# STEIN | SAKS, PLLC

YAAKOV SAKS▲*
JUDAH STEIN▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, C*, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 27, 2020

**Via CM/ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-28-20
```

   **Re:**  **Reid vs Steklen & Walker CO., Inc.**
      **Case #: 1:19-cv-09831-JGK**

Dear Judge Koeltl:

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for January 28, 2020 at 4:30pm be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default within 30 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

              Respectfully submitted,

              *s/ David Force*
              David Force, Esq.

cc:  All Counsel of Record via ECF

*[Handwritten:]* THE CONFERENCE IS CANCELED. THE PLAINTIFF SHALL FILE DEFAULT PAPERS, VIA THIS COURT'S RULES, BY FEBRUARY 28, 2020.

SO ORDERED
1/27/20
/s/ [signature]
USDJ