```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
VALENTIN REID,

                    Plaintiff,        19cv9831 (JGK)

          - against -                 ORDER

STEKLEN & WALKER CO, INC.,

                    Defendant.
————————————————————————————————
```

JOHN G. KOELTL, District Judge:

    The parties should file any additional agreements in connection with the settlement or consent decree by May 7, 2020.

SO ORDERED.
Dated:    New York, New York
          April 30, 2020       /s/ John G. Koeltl
                                 John G. Koeltl
                        United States District Judge